*United States and State of North Dakota, North Dakota Department of Environmental Quality and North Dakota Game and Fish Department*
*v.*
*Summit Midstream Partners, LLC and Meadowlark Midstream Company, LLC*

**Civil Cover Sheet Attachment**

1. **Attorneys for Plaintiff United States of America:**

Laura A. Thoms
Senior Attorney, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C.  20044
(202) 305-0260
laura.thoms@usdoj.gov

Devon A. Ahearn
Trial Attorney, Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C.  20044
(202) 514-2717
devon.ahearn@usdoj.gov


2. **Attorney for State of North Dakota:**

Margaret I. Olson
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
(701) 328-3640
maiolson@nd.gov


3. **Attorney for Defendants:**

Rachel Jacobson
WilmerHale
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
(202) 663-6385
rachel.jacobson@wilmerhale.com