**United States and State of North Dakota, North Dakota Department of Environmental Quality and North Dakota Game and Fish Department**

**v.**

**Summit Midstream Partners, LLC and Meadowlark Midstream Company, LLC**

**COMPLAINT EXHIBIT A**

**Schematic of Marmon Water Gathering System**

Exhibit A



MEADOWLARK_EPA_00048953